No. 02–1144. KAMLER v. H/N TELECOMMUNICATION SERVICES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–1145. MARSH ET AL. v. BOARD OF ZONING APPEALS OF CHESTERFIELD COUNTY ET AL. Sup. Ct. Va. Certiorari denied.

No. 02–1147. BLOUGH v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–1153. MONTGOMERY v. TRISLER. Ct. App. Ind. Certiorari denied.

No. 02–1162. SAFARI AVIATION, INC., DBA SAFARI HELICOPTER TOURS v. BLAKEY, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION. C. A. 9th Cir. Certiorari denied.

No. 02–1176. FERNANDES ET UX. v. SPARTA TOWNSHIP. Super. Ct. N. J., App. Div. Certiorari denied.

No. 02–1181. McCALL, GUARDIAN OF THE ESTATE OF BESS, AN INCOMPETENT MINOR v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–1187. LEIGHTON v. VIRGINIA DEPARTMENT OF HEALTH. Sup. Ct. Va. Certiorari denied.

No. 02–1195. CHRISTIE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–1197. PALM v. PAIGE, SECRETARY OF EDUCATION. C. A. D. C. Cir. Certiorari denied.

No. 02–1218. NIX ET UX., INDIVIDUALLY AND AS ADMINISTRATORS OF THE ESTATE OF NIX, DECEASED v. FRANKLIN COUNTY SCHOOL DISTRICT ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–1227. STRAND, CHAIRMAN, MICHIGAN PUBLIC SERVICE COMMISSION, ET AL. v. VERIZON NORTH, INC. C. A. 6th Cir. Certiorari denied.

No. 02–1233. ANGLETON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.